UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY RHETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No.  CV 05-TMP-416-E |
| | ) | |
| FEDERAL BUREAU OF PRISONS, et al., | ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On April 4, 2006, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice.  No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the report, and ACCEPTS the magistrate's recommendation.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is DISMISSED WITHOUT PREJUDICE.  The clerk is directed to close this file.

DONE this 5th day of May, 2006.

_____
United States District Judge